**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-1898**

———————————

TAMMANTHA P. SHAW,

Plaintiff - Appellant,

versus

UNITED PARCEL SERVICE, INCORPORATED,

Defendant - Appellee.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, District Judge.
(CA-97-150)

———————————

Submitted:  October 14, 1997          Decided:  October 28, 1997

———————————

Before HALL and LUTTIG, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Tammantha P. Shaw, Appellant Pro Se.  James Phillip Naughton, Thomas Jackson Mitchell, HUNTON & WILLIAMS, Richmond, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tammantha P. Shaw appeals the district court's order denying the motion for a continuance and dismissing the case without prejudice for failing to prosecute. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Shaw v. United Parcel Serv., Inc., No. CA-97-150 (E.D. Va. June 10, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED